UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNOR GROUP GLOBAL SERVICES, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>RSA SECURITY LLC,<br><br>        Defendant. | Civil Action No.: 1:23-cv-10500 |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Plaintiff Connor Group Global Services, LLC voluntarily dismisses the above-captioned action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Dismissal pursuant to Rule 41(a)(1)(A)(i) is appropriate because Defendant RSA Security LLC has not served an answer or moved for summary judgment.

Dated:    July 25, 2023
            Boston, Massachusetts

| | |
|---|---|
| **PAIK, BREWINGTON & DEAL, LLP**<br>*Co-Counsel for Plaintiff*<br>*Connor Group Global Services, LLC* | **RUPP PFALZGRAF LLC**<br>*Co-Counsel for Plaintiff*<br>*Connor Group Global Services, LLC* |
| /s/ Alexandra Deal /s/ | /s/ Aaron Knights /s/ |
| Alexandra Deal, Esq.<br>6 Beacon Street, Suite 305<br>Boston, Massachusetts 02108<br>Phone: (617) 439-0150<br>adeal@pbdlaw.com | Aaron W. Knights, Esq.<br>1600 Liberty Building<br>Buffalo, New York 14202<br>Phone: (716) 854-3400<br>knights@rupppfalzgraf.com |